NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHESTER R. HOFFMAN,                   )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-2543
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____   )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Chester R. Hoffman, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, VILLANTI, and SALARIO, JJ., Concur.